**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EDWAINE HUDSON                                                                                          PLAINTIFF

v.                                       No. 4:11CV00641 JLH

MIDLAND CREDIT MANAGEMENT, INC.                                                      DEFENDANT

**ORDER OF DISMISSAL**

Pursuant to the notice of voluntary dismissal with prejudice filed by the plaintiff on November 1, 2011, this action is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE